JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS, a business of unknown form; LANDMARK MARRIOTT SUITES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 8:18−cv−02302−JLS−JDE<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

| | |
|---|---|
| 1 | WHEREAS, Defendant LANDMARK MARRIOTT SUITES, LLC, a Delaware limited liability company ("Defendant"), on one hand, and Plaintiff JOSEPH SANCHEZ ("Sanchez"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Sanchez in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and |

WHEREAS, Defendant LANDMARK MARRIOTT SUITES, LLC, a Delaware limited liability company ("Defendant"), on one hand, and Plaintiff JOSEPH SANCHEZ ("Sanchez"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Sanchez in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Sanchez in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: 6/13/2019         UNITED STATES DISTRICT COURT

By: _JOSEPHINE L. STATON_
    Hon. Josephine L. Staton